# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Xiamin Zeng

_____

Write the full name of each plaintiff.

-against-

City of New York, et al.

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

20 CV 451

_____CV_____

(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
42 U.S.C. § 1983

___

___

___

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                        (Plaintiff's name)

___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                       (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

See Attached PARTIES
_____
First Name            Middle Initial        Last Name


_____
Street Address


_____
County, City                    State              Zip Code


_____
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    <u>See Attached PARTIES</u>
                      First Name                 Last Name

                      Current Job Title (or other identifying information)

                      Current Work Address (or other address where defendant may be served)

                      County, City                 State                 Zip Code

Defendant 2:
                      First Name                 Last Name

                      Current Job Title (or other identifying information)

                      Current Work Address (or other address where defendant may be served)

                      County, City                 State                 Zip Code

Defendant 3:
                      First Name                 Last Name

                      Current Job Title (or other identifying information)

                      Current Work Address (or other address where defendant may be served)

                      County, City                 State                 Zip Code

Defendant 4: _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Rikers Island Rose M. Singer Center

Date(s) of occurrence:  Jan 24 - Jan 31, 2019 and March 4 - March 5, 2019

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See Attached FACTS

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Physical Abuse causing fainting, severe dehydration, hearing loss, physical illness, vomiting, emotional distress, pain and suffering.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$100,000 for physical injuries, pain and suffering.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/16/2020 | *[signature]* |
|---|---|
| Dated | Plaintiff's Signature |
| Xiamin | Zeng |
| First Name        Middle Initial | Last Name |
| 110 Columbia Street, Apt. 1A | |
| Street Address | |
| New York | NY | 10002 |
| County, City | State | Zip Code |
| | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# PARTIES

**A. Plaintiff Information**
Xiamin Zeng
110 Columbia Street, Apt. 1A
New York, NY 10002

**B. Defendant Information**
Defendant 1: The City Of New York
100 Church Street
New York, NY 10007

Defendant 2: Shield # 1777
Supervisor
Rikers Island Rose M. Singer Center (RMSC)
1919 Hazen Street
East Elmhurst, NY 11370

Defendant 3: Shield # 11210
Correction Officer
Rikers Island Rose M. Singer Center (RMSC)
19-19 Hazen Street
East Elmhurst, NY 11370

Defendant 4: Shield # 1104
Correction Officer
Rikers Island Rose M. Singer Center (RMSC)
19-19 Hazen Street
East Elmhurst, NY 11370

Defendant 5: Jean Shield # 8906
Correction Officer
Rikers Island Rose M. Singer Center (RMSC)
19-19 Hazen Street
East Elmhurst, NY 11370

Defendant 6: Estavillo Shield # 5352
Detective
QJCS T: 718-291-8695

Defendant 7: Dennis E. Gray
Captain
NYPD-PSA 4
130 Ave C, New York, NY 10009

Defendant 8: Rhonda O'Reilly Bovell

Deputy Inspector
NYPD-7th Precinct
19 1/2 Pitt St, New York, NY 10002

Defendant 9: Patrick Lynaugh
Detective
NYPD-7th Precinct
19 1/2 Pitt St, New York, NY 10002

Defendant 10: Eunice Iwenofu
Child Protective Specialist
55 W 125th Street
New York, NY 10027

Defendant 11: Beatrice Benon
Supervisor of ACS
150 William Street,
New York, NY 10038

Defendant 12: Rachelle Soku
ACS Lawyer

Defendant 13: David Hansell
Commissioner of ACS
150 William Street,
New York, NY 10038

Defendant 14: Karen Feuer
Principal of PS 110
285 Delancey Street,
New York, NY 10002

Defendant 15: Rosalynn Sanchez
Secretary of PS 110
285 Delancey Street,
New York, NY 10002

## FACTS

1. On or about 8pm January 23 2019, plaintiff just sent an email to defendant School PS110's Principal Ms. Karen Feuer and class teacher Ms. Alyssa Collins to stop school bullying against plaintiff's son agian.

2. On or about 7am, January 24, 2019, defendants NYPD MOS Estavillo and an unkown NYPD MOS violently kicked plaintiff's door and broke the door lock.

3. Defendants told plaintiff to take her son, her mother and herself for a court hearing. Defendants took them into their black car, no police signs, no seat belts and no child car seats. Defendants were driving very fast, plaintiff and her family members didn't eat any food or any water since last night, her son and herself kept vomiting in the car, they were very scared.

4. On or about 8am, January 24, 2019, defendants took plaintiff and her family members to the Queens IDV Court. Plaintiff went to the bathroom and defendants followed plaintiff all the time.

5. On or about 12pm, January 24, 2019, plaintiff, her son and her mother waited in the courtroom until defendants ACS's social worker Eunice Iwenofu and ACS's lawyer Sokul arrived. Defendants questioned plaintiff for the federal claim 17-cv-9988 plaintiff filed against defendants ACS neglected to her son.

6. Defendants ACS's social worker Eunice Iwenofu and ACS's lawyer Sokul arrived shouted at plaintiff, "We won't allow Linda Povman to continue to be your lawyer, and we won't allow Trisha Foster to continue to be your son's lawyer, because they testified that your son was injured in this courtroom meeting room in 2017. The judge was very angry, that you sued the defendant ACS, also involved her."

7. On or about 2pm, January 24, 2019, after plaintiff rejected for defendants threaten her to dismiss the federal complaint against defendant ACS and authorize her son's HIPPA to them, defendants directly called the officers to handcuff plaintiff in front of her mother and her child.

8. On or about January 24, 2019, defendants ACS Eunice filed the complaint and the PS 110 school secretary Roselyn Sanchez witnessed for plaintiff's son's absence nine times, about 30 school days.

9. Plaintiff provided all doctor's notes and emergency notices to the school before, proving that were school violence and threaten from defendants ACS and NYPD, and defendants failed to protect plaintiff's son for a long time.

10. On or about 5 pm January 24, 2019, plaintiff was sent to the Rikers Island. Plaintiff refused to sign any documents without lawyer. Defendants a Hispanic

male guard (No.11210), a black female supervisor (No.1777), a black male guard (No.1104) and others jail guards verbal abused plaintiff: "fuck stupid Asian, fucker stupid chink, fuck Asian bitch, fake dead, drug person, Psycho."

11. On or about 6 pm January 24, 2019, defendants the jail guards searched plaintiff's body violently and keeping her alone in a smallest cell, there wasn't lot of oxygen. Plaintiff kept telling them, "give me water, give me food, I have asthma, I can't breathe, my ears are hurting, I'm feeling dizzy, my heart is hurting, I want to throw up. I am very sick and I must be seeing a doctor." Defendants didn't give plaintiff any food and water, defendants didn't let plaintiff sleep for 10 hours, until she fainted.

12. On or about 7 pm or later January 24, 2019, plaintiff heavy fell on the floor from a height 20 inch and long 15 inch iron stool about 7 hours, plaintiff's head had gradually lost consciousness in the toilet partition, and then defendants sent plaintiff to prison doctor room about two hours, plaintiff had been in a faint voice cried out, "I want water ", but the doctor didn't give plaintiff any water until plaintiff completely lost consciousness.

13. On or about 1am January 25, 2019, after two EMTs came and gave plaintiff to drink the water, plaintiff gradually had some consciousness, when defendants were giving plaintiff leave to emergency room, defendants jail guards pressed plaintiff's head to take picture, fingerprinted plaintiff and shouted abuse at plaintiff, "fuck the Asian bitch, fake dead, fucking off, bull shit."

14. On or about 2am January 25, 2019, plaintiff was sent to the emergency room in Elmhurst Hospital for 17 hours, and defendants kept plaintiff in two handcuffs and two ankle cuffs in nursing bed until the doctor asked them to take one off and gave plaintiff an infusion.

15. On or about 9pm January 25, 2019, plaintiff was held in a big room alone for civil case, and plaintiff asked them which kind of people was held here, and defendants told plaintiff that it was mostly people who owed child support for civil case.

16. But plaintiff's child's father owed plaintiff huge amounts of child support over the years, and he was indicted by court order and arrest warrant, but the defendants ACS and NYPD never went to get him here, it seems defendants were selective.

17. On or about 12pm January 25 2019, plaintiff was absent from this court because plaintiff fainted in prison because of abuse, defendants ACS social worker and ACS lawyer asked a translator to tell plaintiff's mother that they were very happy that plaintiff had an accident in Rikers Island. If plaintiff died, defendants would take plaintiff's child with them. Plaintiff's mother and her child were very scared and worried when they heard that.

18. On or about 7am January 28, 2019, when plaintiff was waiting in line for the jail bus to go to court, many others did not want to stand next to plaintiff. They said that they all heard plaintiff shouting that she had asthma and she could not breathe on January 24, 2019 for fear that plaintiff would infect them. They also all saw plaintiff faint that day.

19. On or about 7am January 28, 2019, defendants jail guards repeatedly told the others in the jail bus that plaintiff was different from them, civil case, not criminal, so the others shouted at plaintiff, "fuck the Asian bitch, fuck the chink, fuck off, bullshit." but defendants jail guards didn't stop them.

20. On or about 7 am to 10am, January 28 to January 30, 2019, plaintiff and the others were on a bad snowing road several days, the jail bus took two to three hours to get there, and it took them half an hour to an hour to get off the bus when they got there. Most people can't help urinating on the bus. They all complained to defendants the jail guards for not letting them go to the bathroom in time, and plaintiff endured the longest, sometimes peeing on herself.

21. On or about 9am-2pm, January 28 to January 30, 2019, defendants the jail guards sent all of the people to appear in criminal court, but just sent plaintiff alone to Queens Family Court. In the court, there wasn't any hearing there for plaintiff, just in the conference room behind the courthouse.

22. Once there, the defendant ACS appointed a Psychologist Dr. Karen. Cort and a translator had been threatened plaintiff, said you must say everything is very good, can through their interview. Plaintiff repeated told them "I was abused in prison, my physical condition is very poor, my ears are very painful, almost can't hear you, I must see the doctor, I've got to see my lawyer, my family found a lawyer for me." Defendants rejected all of plaintiff's reasonable requests.

23. On or about 7pm January 31, 2019 after approximately 8 days of detention plaintiff was arraigned and released on plaintiff's own recognizance. The case was initially filed with child neglect as the count and required plaintiff to return to court in different times.

24. On or about March 1, 2019, plaintiff had received a confirmation letter from the court extending the court date from February 27 to April 11, 2019.

25. On or about 7am March 4, 2019, defendants the NYPD MOS Estavillo and an unknown NYPD MOS suddenly brought plaintiff to the Queens IDV court again and 12pm defendant ACS lawyer Rachelle Sokul questioned plaintiff for the claim against them again. Defendant ACS lawyer knew that plaintiff had no income and was injured because of them and needed treatment all the time. Defendant ACS lawyer made plaintiff pay a huge bail $2500 on purpose. If plaintiff didn't pay, she made plaintiff stay in prison for 180 days until plaintiff's federal claim was dismissed that plaintiff failed to respond to the court.

26. On or about 5pm March 4, 2019, plaintiff was handcuffed in the back by defendant jail guard Jean (No. 8906), unlike the others with their hands in front, sitting in the jail bus, plaintiff's head kept bumping the window panes, plaintiff kept throwing up, and plaintiff asked defendant Jean to treat plaintiff like the others, and defendant Jean refused.

27. On or about 6pm, March 4, 2019, plaintiff was sent to the Rikers Island again. At the Rikers Island, plaintiff was abused by the almost same defendants the jail guards of NYCDOC again. Once there plaintiff was again forceful body searched, verbally abused and treated differently from other jail guards held in a smallest room (Pen #9 Richmond courts), fainted for a hour, and then transferred to a large room, where no food and water was given to plaintiff until 9 pm, and plaintiff was not allowed to call her family.

28. On or about 10pm, March 4, 2019 plaintiff was ordered by the prison doctor to have many unknown vaccines and physical examination, otherwise plaintiff was not allowed to sleep.

29. On or about 3am, March 5, 2019, plaintiff was given a bed in a large room with many people to sleep.

30. On or about 10am, March 5, 2019, plaintiff was transferred to the single room for civil case where she was held last time.

31. On or about 5pm March 5, 2019, plaintiff was released after her mother borrowed money to pay the $2500 bail.

32. On or about January 24 to January 31, 2019 and March 4 to March 5, 2019, defendants falsely imprisoned plaintiff twice for 10 days in Rikers Island.

33. On or about December 20, 2017 to March 20, 2019, while the case was pending in the court, defendants ACS and NYPD MOS never stopped harassing plaintiff and threatening plaintiff to drop the lawsuit. NYCHA, my former employer also involved in the retaliation against me.

34. On or about July 5, 2018, defendants hired the WilmerHale firm to act as plaintiff's lawyer and deliberately failed to contact the court to get the case dismissed. Many public news reports that the NYCHA hired the top law firm WilmerHale to handle federal investigations against the City since 2016.

35. On or about March 20, 2019, the federal complaint 17-cv-9988 plaintiff filed against defendants ACS workers was dismissed, so that plaintiff could not represent her minor's child because plaintiff was not a lawyer.

36. After that, defendant ACS social worker Eunice Iwenofu still came to plaintiff's home and threatened plaintiff not to file an appeal and not to launch a new lawsuit against defendants ACS and the City. Eunice left plaintiff multiple voicemail messages, asking plaintiff to go to defendants ACS headquarters at 150 William Street alone and negotiate with their boss, without anyone else. Defendants the boss of the ACS headquarters is usually understood as Commissioner David Hansell or the Borough Manager Ms. Hills who is responsible for the incidents defendants ACS worker Eunice mentioned before.

37. On or about 11am April 11, 2019, defendants ACS workers filed the child negligence case against plaintiff was dismissed and the bail was ordered back to plaintiff in Queens IDV Court.

38. On or about April 16, 2019, the NYCDOE confirmed that plaintiff's son L.L had been subjected to severe school violence, and urgently transferred him from PS110 to PS20.

39. On or about April 22, 2019, plaintiff filed the notice of claim for false imprisonment and was confirmed from the City of New York.

40. On or about October 22, 19, after plaintiff made numerous phone calls, defendants just returned the bail $2,500 to plaintiff, which plaintiff's mother had borrowed from friends with plaintiff's son during the snow.

41. On or about these accidents, plaintiff went for ER multiple times. Doctor diagnosed that plaintiff had lost plaintiff's hearing in both ears hearing, plaintiff had dizziness, could passed out anytime and plaintiff needed long-term physical therapy and psychotherapy.

42. On or about these accidents, plaintiff learned that from the director of Safe Horizon in the New York Family Court, Defendants NYPD MOS of PCT 7 and PSA 4 never door caught suspect to civil cases, unless who had own to court. Plaintiff had a lot of civil warrant against her ex-boyfriend, but defendants the local policemen never the door to catch him. Defendants reminded that was civil case, plaintiff also had a lot of the criminal case against him, defendants the local policemen also deliberately not to catch him, for retaliation against plaintiff.

43. On or about March 2015 to present, plaintiff has been a resident of the public housing project, defendants PCT 7 and Housing PSA 4 as plaintiff's local police stations.

44. On or about December, 2016 or earlier, defendants failed to protect plaintiff and plaintiff's family to retaliate plaintiff for suing the City. Defendants deliberately did not catch the bad guys, according to plaintiff's repeated reports. Defendants

also refused to execute the arrest warrants signed by the court. Defendants deliberately took plaintiff off from the protection list. Defendants put plaintiff and plaintiff's family members in danger.

45. On or about June 1, 2017 or earlier, plaintiff won the child support order and money judgment against plaintiff's child's father were signed by Supervising Judge Hon. Karen Lupuloff and Judge Hon. Emily Olshansky of New York Family Court, but defendant ACS, NYPD and NYCDOC never carried out their orders.

46. Defendants were negligent and deliberately retaliated plaintiff as a victim over the past three years.

47. Defendants racially discriminated against plaintiff as an Asian woman and her status as a single mother.

48. Defendants have repeatedly abused their power and flouted the law.

49. Plaintiff had suffered serious physical damage and emotional distress.

50. Plaintiff requests the judge for a jury trial.