

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LILLIAN P. WESLEY**
*Assistant Corporation Counsel*
Phone: (212) 356-2079
Email: lwesley@law.nyc.gov

November 18, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:  Zeng v. City of New York et al.,
           No. 20-CV-00451 (MKV)

Dear Judge Vyskocil:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, and one of the attorneys for Defendant City of New York; Dennis Martinez; Fritzner Jean; Commissioner David Hansell; Beatrice Benon; Rachelle Soku; Karen Feuer; and Rosalyn Sanchez (collectively, the "Defendants"), in the above-referenced matter.[1] Defendants write to respectfully request an extension of time to file their motion to dismiss the Second Amended Complaint (ECF No. 18) from November 23, 2020 to December 14, 2020. Plaintiff consents to this request.

      Pursuant to the Court's Order, dated November 10, 2020 (ECF No. 26), Defendants' time to file its motion to dismiss is due November 23, 2020. I had a medical emergency on November 4, 2020, and as a result, underwent surgery on November 5, 2020, from which I am still recovering. In this light, I require additional time to prepare Defendants' motion.

---

[1] Plaintiff also names now-retired ACS lawyer Eunice Iwenofu as a defendant. This Office's efforts to contact Ms. Iwenofu has not been successful, and so does not yet represent this individual at this time.

Plaintiff also names Lashane Nembard, Detective Nicholas Estavillo, Captain Dennis Gray, Deputy Inspector Rhonda O'Reilly Bovell, Detective Patrick Lynaugh, and non-City employees, Gregory Russ and Vito Mustaciuolo, as defendants. At this time, upon a review of the docket, none of these defendants have been served.

- 2 -

      Accordingly, Defendants respectfully request that their time to file and serve their motion to dismiss be adjourned from November 23, 2020 to December 14, 2020. Plaintiff respectfully respects that her time to file her opposition papers be due on January 15, 2020. Defendants consent to that request. This is the Defendants' first request for an extension of time to file their motion to dismiss, and, as stated above, Plaintiff consents to the proposed extension.

      Thank you for your consideration of these requests.

      Respectfully,

      */s/ Lillian Philomena Wesley*
      Lillian P. Wesley
      Assistant Corporation Counsel

cc:    Xiamin Zeng (via ECF)
      Plaintiff Pro Se