3/4/2020

Hon. Judge Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    Xiamin Zeng v. City of New York, et al. 20-CV-00451(MKV) [1]

Dear Judge Vyskocil:

      I write to inform the Court that I filed my Third Amended Complaint on March 1, 2021. In my Third Amended Complaint, I only rectified the names of each of the Rikers Defendants and NYPD Defendant Estavillo and service addresses of Detective Nicholas Estavillo and Eunice Iwenofu, based on the Defendant Information provided by Special Federal Litigation Division of the New York City Law Department on January 29, 2021.

      Respectfully,

Xiamin Zeng
100 Columbia Street
Apt. 1A
New York, NY 10002
929-250-4690
PRO SE

---

[1] This document was prepared with the assistance of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the SDNY.