UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAMIN ZENG,

                Plaintiff,

v.

THE CITY OF NEW YORK, et al,

                Defendants.

Civ. No. 20-00451 (MKV)

**NOTICE OF DEFENDANTS GREG RUSS & VITO MUSTACIUOLO'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

---

      **PLEASE TAKE NOTICE** that, upon Defendants Greg Russ and Vito Mustaciuolo's ("Defendants Russ and Mustaciuolo") Memorandum of Law in Support of their Motion to Dismiss the Complaint, the Declaration of Lauren L. Esposito with exhibits, and all other pleadings and proceedings had herein, Defendants Russ and Mustaciuolo will move this Court before the Honorable Mary Kay Vyskocil, United States District Judge for the Southern District of New York, at the United States Courthouse at 500 Pearl Street, New York, NY 10007, on a date to be set by the Court, for an order dismissing Plaintiff's claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Third Amended Complaint fails to state a claim upon which relief may be granted, and because the Third Amended Complaint contains allegations duplicative of a separate pending action, and granting such other further relief as the Court deems proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order, dated March 4, 2021 (Dkt no. 52), any response to this motion is due by within 30 days of the filing of this motion to dismiss.

Dated: New York, New York
      April 9, 2021

                                        LISA BOVA-HIATT
                                        Executive Vice President of Legal Affairs and
                                        General Counsel
                                        New York City Housing Authority
                                        Attorney for Defendants
                                        Greg Russ and Vito Mustaciuolo
                                        90 Church Street, 11th Floor
                                        New York, NY 10007
                                        Tel.: (212) 776-5020

                          By: _____
                                        Lauren L. Esposito
                                        Lauren.Esposito@nycha.nyc.gov

TO (via ECF):       XIAMIN ZENG
                        Plaintiff Pro Se

                        All Counsel of Record