USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAMIN ZENG,

               Plaintiff,

-against-

CITY OF NEW YORK, et al.,

               Defendant(s).

20-CV-00451 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court directs the parties to file on or before April 4, 2025 a joint letter on the docket, advising the Court of the status of this case. Including, but not limited to the continued need for the stay currently in place, any developments in the case, and the status, but not the substance, of any settlement negotiations.

**SO ORDERED.**

Date: March 20, 2025
New York, NY

               **MARY KAY VYSKOCIL**
               **United States District Judge**